**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**
                Plaintiff,                              Case No. 19-20380

- v -                                                    Honorable David M. Lawson

**MICHAEL HUE THOMPSON**
                Defendant.
_____/

## DEFENDANT MICHAEL HUE THOMPSON'S MOTION FOR RETURN OF PROPERTY

Now Comes Defendant, MICHAEL HUE THOMPSON, pro se, pursuant to FRCP RULE 41(g) and in support of his Motion for Return of Property, states as follows:

1. On or about April 2, 2019, certain property belonging to the Defendant, Michael Hue Thompson, namely a **Samsung Galaxy S9+ (Plus) mobile phone** - Coral Blue - 64GB, ID: 20180601776983 with case, one pair of blue and white **Nike Branded Sunglasses**, and various other personal property items was seized by the government upon Defendant's initial arrest in this matter at the Kroger Grocery Store parking lot located at 64660 Van Dyke, Washington, Michigan 48095.

2. At this time the government seized Defendant's vehicle, a 2007 GMC Sierra Truck and all of its contents. Defendant's vehicle was subsequently released and returned back to him shortly after his release on bond/ home detention after his arrest.

3. The government retained and has been in possession of the above described

items since April 2, 2019. The above-named items were never used by the government as evidence to prove any element of the charged offenses.

4. Michael Hue Thompson is the lawful owner of said property which is not needed as evidence, is not contraband and is not subject to forfeiture.

5. On Wednesday April 27, 2022, defense counsel Alvin Sallen agreed to file a Notice of Appeal in the above case, withdraw as counsel for the Defendant and file a Motion to request appointment of new appellate counsel.

At this time Defendant is unaware of his status as current counsel or of the above mentioned filings. Defendant's counsel, Alvin Sallen has previously met with FBI agents in their Macomb County office and secured the return of some of Defendant's *other* property that was seized on January 21, 2020.

6. FEDERAL RULES OF CRIMINAL PROCEDURE 41(g) formerly 41(e) provides:

> A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

WHEREFORE, Defendant, MICHAEL HUE THOMPSON, prays this Honorable Court to return the above mentioned property, release the items to Defendant's current

Counsel, Mr Alvin Sallen, or other assigned counsel, namely a Samsung Galaxy S9+ Mobile Phone, one pair of NIKE branded sunglasses, and any and all remaining miscellaneous property seized from the defendant that is still in possession of the government that is no longer needed to be retained or used for any future matters, to his possession pursuant to Federal Rules of Criminal Procedure, Rule 41.

Dated: May 2, 2022

                                              Respectfully submitted,

                                              <u>Michael Hue Thompson</u>
                                              Defendant
                                              7849 Ambry Way
                                              Indianapolis, Indiana 46259
                                              (586) 604-9388

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically filed the foregoing document with the Clerk using the Court's ECF system which will notify and serve all counsel of record.

                                              <u>Michael Hue Thompson</u>
                                              Defendant